**Order entered February 12, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00006-CV

### IN RE SENRICK WILKERSON, Relator

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F10-01183-J**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/      ELIZABETH LANG-MIERS
            JUSTICE